UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTHERN INSURANCE
COMPANY OF NEW YORK,

 Plaintiff,         Case No. 14-cv-13458
                Hon. Matthew F. Leitman

v.

TARGET CORPORATION et al.,

 Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF #38)

On November 12, 2015, Defendants Target Corporation and Target Stores, Inc. (collectively "Target") filed a motion for summary judgment (the "Motion"). (*See* ECF #38.) The Court held a hearing on the Motion on January 21, 2016. For the reasons stated on the record, **IT IS HEREBY ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** to Target's ability to file a second summary judgment motion.

              s/Matthew F. Leitman
              MATTHEW F. LEITMAN
              UNITED STATES DISTRICT JUDGE

Dated: January 21, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113
